IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles K.,

          Plaintiff,

v.

Commissioner of Social Security,

          Defendant.

Case No. 2:21-cv-5111

Judge Graham

Magistrate Judge Vascura

## Order

This matter is before the Court for consideration of the April 7, 2022 report and recommendation of the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The Magistrate Judge recommended that the Commissioner of Social Security's non-disability finding be reversed and that the case be remanded to the Commissioner and Administrative Law Judge under Sentence Four of 42 U.S.C. § 405(g) for further consideration.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report would result in a waiver of the right to have the district judge review the report and recommendation *de novo* and a waiver of the right to appeal the decision of the district court adopting the report and recommendation. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The Court agrees with the magistrate judge's report and recommendation (Doc. 10), and it is hereby adopted. The decision of the Commissioner is REVERSED, and this action is REMANDED.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: April 25, 2022